In the Matter of Richard Barry v. The Players.— Motion granted. Order to be settled on notice.

Oceanic Publishing Company v. Carlton Publishing Company.— Motion denied.    Order to be settled on notice.

In the Matter of Arthur Rothschild.— Application granted.    Order to be settled on notice.

Catherine Connery, by Her Guardian ad Litem, John Connery, Respondent, v. Hecker-Jones-Jewell Milling Company, Appellant.— Judgment and order affirmed, with costs.    No opinion.

Arthur Gallo, Respondent, v. Thomas Sileo, Appellant.— Judgment and order affirmed, with costs.    No opinion.

Agnes Rourke, Respondent, v. James McLaughlin, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Ingraham, P. J., and Scott, J., dissented on the ground that there was no evidence of defendant's negligence, and that the plaintiff assumed the risk of entering the room with a lighted taper.

Lydia Gray, Respondent, v. James McLaughlin, Appellant.— Judgment and order affirmed, with costs.    No opinion.    (Ingraham, P. J., and Scott, J., dissented on grounds above stated.    [See *Rourke* v. *McLaughlin, ante,* p. 914.])

David Ravitch and Joseph Ravitch, Respondents, v. National Surety Company, Appellant, Impleaded with Mary A. B. Schneider, as Administratrix, etc., of Charles Schneider, Deceased, and Others.— Judgment affirmed, with costs.    No opinion.

Alfred Beinhauer, Appellant, v. Frederick K. Morris, Respondent.— Judgment affirmed, with costs, on opinion on former appeal (142 App. Div. 398).

Katherine I. Myers, Appellant, v. Ellen T. Herzog, Formerly Known as Ellen T. Adams, Respondent, Impleaded with James H. Wheeler.— Judgment affirmed, with costs.    No opinion.

Geraldine Hiller, an Infant, by John G. Jackson, Her Guardian ad Litem, Appellant, v. Nita E. Hiller and The Emigrant Industrial Savings Bank, Respondents.— Judgment affirmed, with costs.    No opinion.    (Scott, J., dissented.)

E. Clemens Horst Company, Respondent, v. M. Groh's Sons, Incorporated, Appellant.— Judgment and order affirmed, with costs.    No opinion.

Harry Sewell, Respondent, v. Stephen H. P. Pell and Others, Appellants.— Judgment and order affirmed, with costs.    No opinion.    (Ingraham, P. J., and Scott, J., dissented.)

Francis C. Neale, Incorporated, Respondent, v. Hudson and Manhattan Railroad Company and Hudson Companies, Appellants.— Interlocutory judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs in this court and in the court below.    No opinion.

Barney Gelder v. International Ore Treating Company.— Motion denied.

Nathan Bilder v. Charles E. Ellis.— Motion denied.

Sabina Pepper, as Administratrix, etc., of William Pepper, Deceased,